UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRAIG MURRAY BELKNAP,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 01-218 (RHK/SRN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent is wrongly refusing to release him from custody, and is continuing to detain him beyond his proper release date.

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause of Petitioner's detention and the proper length of his sentence, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition in light of the requirements of the statutes and other pertinent authority;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FILED FEB 08 2001
FR... ...ERK
JUD...
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 30-day time period, the court will entertain a motion to grant the relief prayed for in said petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: February 8, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge