ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-218(RHK/SRN)

CRAIG MURRAY BELKNAP,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

ORDER

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to the Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the government's Motion is GRANTED, and that the Respondent shall be granted until March 22 2001, to prepare and submit their Response to the Petition.

Dated: March 7, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 07 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK