UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Craig Murray Belknap,

Petitioner,

Civil 01-218 (RHK/SRN)

vs.

**ORDER**

Constance Reese, Warden,

Respondent.

---

Petitioner has filed timely Objections to the October 1, 2001 Report and Recommendation of Magistrate Judge Susan Richard Nelson. In those Objections, he requests additional time and pages to file more detailed Objections.

The Court will grant Petitioner's request.

**IT IS ORDERED** that Petitioner may serve and file Objections and a supporting memorandum by November 5, 2001 (copies to be served upon the United States Attorney) and said Objections and Memorandum shall not exceed 20 pages in length. Any response by Respondent shall be served and filed within 10 days of receipt of the foregoing materials.

Dated: October 25, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______