UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Craig Murray Belknap,

Petitioner, Civil 01-218 (RHK/SRN)

vs. **ORDER**

Constance Reese, Warden,

Respondent.

---

On October 1, 2001 Magistrate Judge Susan Richard Nelson filed her Report and Recommendation (R&R) recommending the dismissal of Petitioner's application for habeas corpus relief. Objections were filed by Petitioner on October 18, 2001 with a request for additional time to more fully respond. The request was granted and Petitioner has now filed a 53-page document–Objections and Brief.

The undersigned has conducted a de novo review of the R&R and the Objections with respect thereto. The Court is satisfied that Judge Nelson's proposed disposition of the matter is fully supported by the factual record before her and controlling legal principles.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. Nos. 20 and 22) are **OVERRULED**;
2. The Report and Recommendation (Doc. No. 19) is **ADOPTED**;

FILED NOV 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D NOV 8
DEPUTY CLERK ______

3. Petitioner's Application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** and any procedures that may hereafter be brought under 28 U.S.C. § 4246(e) or § 4247(h).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 8, 2001

RICHARD H. KYLE
United States District Judge