# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Craig Murray Balknap

Plaintiff

v.

Constance Reese, Warden

Defendants

Case No. Civil 01-218 RHK/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. Petitioner's application for habeas corpus is dismissed without prejudice and any procedures that may hereafter be brought under 28:U.S.C. 4246(e) or 4247(h).

DATE:

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk